O

# United States District Court
# Central District of California

| | |
|---|---|
| LISA SILVEIRA, on behalf of herself and all other similarly situated,<br><br>                              Plaintiff,<br><br>   v.<br><br>M&T BANK,<br><br>                             Defendant. | Case No. 2:19-cv-06958-ODW-KS<br><br>**FINAL JUDGMENT** |

On August 9, 2019, Plaintiff Lisa Silveira initiated this class action lawsuit against Defendant M&T Bank. (Compl., ECF No. 1.) On July 21, 2021, Plaintiff moved for attorney's fees, costs, and a service award, (ECF No. 37), and on August 30, 2021, Plaintiff moved for final approval of the class action settlement, (ECF No. 38). The Court granted both of Plaintiff's motions in full. (ECF No. 44.)

///
///
///
///
///
///

It is therefore **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. Judgment is entered for final approval of the class action settlement.
2. Defendant shall pay the attorney's fees, costs, and service award as so directed in the Court's October 12, 2021 Order, (ECF No. 44).

The Court **VACATES** all dates and deadlines.  The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

January 20, 2022

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**